| | | | |
|---|---|---|---|
| Com. v. Drawbaugh | 2216 MDA 2015<br>Affirmed | 07/11/2016 | CP–67–CR–0005001–2006<br>(York) |
| In re Adoption of E.D.S. | 2218 MDA 2015<br>Affirmed | 07/11/2016 | 19 Adoptions 2015<br>(Cumberland) |
| In re Adoption of A.M.S. | 2219 MDA 2015<br>Affirmed | 07/11/2016 | 20 Adoptions 2015<br>(Cumberland) |
| In re Invol. Term of Par. Rights to N.D.B. | 37 MDA 2016<br>Affirmed | 07/11/2016 | 2015–4027 A<br>(Centre) |
| Com. v. Zheng [11] | 533 WDA 2015<br>Affirmed | 07/11/2016 | CP–02–CR–0003431–2014<br>(Allegheny) |
| Com. v. Calhoun | 848 WDA 2015<br>Affirmed | 07/11/2016 | CP–11–CR–0000449–2012<br>(Cambria) |
| C.A.M. v. T.W.M. [12] | 905 WDA 2015<br>Affirmed | 07/11/2016 | FD10–00620–016<br>(Allegheny) |
| Com. v. Boyd | 2911 EDA 2014<br>Affirmed,<br>Reversed and<br>Vacated | 07/12/2016 | CP–51–CR–0112641–1982<br>(Philadelphia) |
| Com. v. Vinson | 3192 EDA 2014<br>Affirmed | 07/12/2016 | CP–46–CR–0004823–2010<br>(Montgomery) |
| Piltch v. Lipsey | 3213 EDA 2014<br>Vacated and<br>Remanded | 07/12/2016 | 2014–00557<br>(Montgomery) |
| Com. v. Ligon | 3229 EDA 2014<br>Affirmed | 07/12/2016 | CP–51–CR–0001138–2012<br>(Philadelphia) |
| In The Interest of: R.E.M. | 3353 EDA 2014<br>Affirmed | 07/12/2016 | CP–45–JV–0000207–2014<br>(Monroe) |
| Com. v. Anderson | 235 EDA 2015<br>Vacated and<br>Remanded | 07/12/2016 | CP–51CR–0004005–2012<br>(Philadelphia) |
| Com. v. Pagan [13] | 311 EDA 2015<br>Affirmed and<br>Vacated | 07/12/2016 | CP–51–CR–0009876–2012<br>(Philadelphia) |
| Com. v. Anderson | 1425 EDA 2015<br>Affirmed | 07/12/2016 | CP–51–CR–0000624–2012<br>CP–51–CR–0004336–2013<br>(Philadelphia) |
| Com. v. Pierce | 2677 EDA 2015<br>Affirmed | 07/12/2016 | CP–15–CR–0001705–2012<br>(Chester) |

11. Petition for reargument denied September 15, 2016.
12. Petition for reargument denied August 24, 2016.
13. Petition for reargument denied September 19, 2016.